■ JOHN W. McCARTHY et al., Respondents, v FIFTH AVENUE CARDS, INC., et al., Appellants, et al., Defendant.—In an action *inter alia* to rescind a promissory note and mortgage, defendants Fifth Avenue Cards, Inc., and Irving Cohen appeal from an order of the Supreme Court, Nassau County, dated September 12, 1975, which, *inter alia,* denied their motion for summary judgment (1) dismissing each of the six causes of action of the amended complaint and (2) on their counterclaims. Order affirmed, with $50 costs and disbursements. Under the facts and circumstances shown, Special

Term properly denied appellants' motion for summary judgment. Latham, Acting P. J., Margett, Christ, Shapiro and Titone, JJ., concur.